| | |
|---|---|
| Huseyin Uygun | ) United State District Court |
| | ) Northern District Of Illinois |
| Plaintiff | ) |
| | ) |
| V. | ) |
| | ) KC FILED |
| | ) 3-26-2008 |
| | ) MAR 2 6 2008 |
| Michael Chertoff, as Secretary of the | ) MICHAEL W. DOBBINS |
| Department Homeland Security; | ) CLERK, U.S. DISTRICT COURT |
| Emilio T. Gonzalez, as Director of the | ) |
| United States Citizenship and Immigration | ) |
| Services; | ) |
| Ruth A. Dorochoff, as Director of Chicago | ) 08CV1762 |
| District CIS office; | ) JUDGE HOLDERMAN |
| Robert S. Mueller, III, Director of the | ) MAGISTRATE JUDGE COX |
| Federal Bureau of Investigation; | ) |
| Defendants, | ) |

## COMPLAINT
### Petition For Hearing On Naturalization Application
### Under 8 U.S.C SS 1447(b)

1. This action is brought for hearing to decide Plaintiff's naturalization application due to defendant's failure to adjudicate the application within 120 days after the first examination in violation of the immigration and nationality act ("INA") 336(b) and 8 U.S. C S 1447(b)

### PARTIES

2. Plaintiff Huseyin Uygun is a lawful Permanent Resident of the United States. Plaintiff filed the N-400 for Naturalization to the United States Citizenship and Immigration Services, and was interviewed on February 23,2005 Defendants have failed to make a decision within 120 days after the examination.

3. Defendant Michael Chertoff, as Secretary of the Department Homeland Security (DHS), and this action is brought against him in his official capacity. He is generally charged with the enforcement of Immigration and Naturalization Act, and is further authorized to delegate such powers and authority to subordinate employees of the DHS. 8 U.S.C S 1103(a); 8 C.F.R. S 2.1.

4. Defendant Emilio T. Gonzalez, as Director of the United State Citizenship and Immigration Services (USCIS), an agency within the DHS to whom the secretary authority has in part been delegated and is subject to the secretary's supervision. Defendant Director is generally charged with the overall administration of benefits and immigration services. 8 C.F.R. S 100.2(a)

5. Defendant Ruth A. Dorochoff, as Chicago District Office Director, is an official of the USCIS generally charged with supervisory authority over all operations of the USCIS within his District. 8 C.F.R. S 100.2(d)(2)(ii). Defendant Director is the official with whom plaintiff's naturalization application remains pending.

6. Defendant Robert S. Muller, III, is Director of the Federal Bureau of Investigation (FBI), the law enforcement agency that conducts security clearances for other U.S government agencies, such as the department of state. As will be shown, Defendant has failed to complete the security clearances on plaintiff's case.

## JURISDICTION

7. Jurisdiction in this case is proper under the INA S 336(b) and 8 U.S.C S 1447(b). Relief is pursuant to said Statutes.

## VENUE

8. Venue is proper in this court, pursuant to 8 U.S.C S 1447(b), In that Plaintiff may request a hearing on the matter in the District where the plaintiff resides.

## CAUSE OF ACTION

9. Plaintiff is a lawful permanent resident (A# 075 551 199) of the United States, Plaintiff filed a N-400, Application for Naturalization with the United State Citizenship and Immigration Services and was interviewed by USCIS' Chicago District Office on February 23,2005

10. Based on Numerous visits to the Chicago USCIS Office, Plaintiff was informed each time that his Application of Naturalization is still Pending for the completion of background checks.

11. Plaintiff's Application for Naturalization has now remained unadjudicated for more Than 1090 days Days (3 years) from date of interview.

12. Defendants have sufficient information to determine Plaintiff's eligibility pursuant to applicable requirements.

13. Defendants in violation of 8 U.S.C S 1446 , have failed to make determination on Plaintiff's naturalization application within the 120-day period after the date of examination.

## PRAYER

14. WHEREFORE, in view of the argument and authority noted herein, Plaintiff respectfully prays that the defendant be cited to appear herein and that, upon due consideration, the Court Enter an order adjudicating the Naturalization Application. In the alternative, the Court may remand requiring Defendants to immediately adjudicate the Plaintiff's Naturalization Application.

Dated February 18,2008                                          Respectfully submitted,

                                                                                        _____

                                                                                        Huseyin Uygun
                                                                                        Plaintiff

Huseyin Uygun
904 W Gunnison st apt 2B
Chicago IL. 60640
773 255 98 71

Department of Homeland Security Case 8:08-cv-01762 Document 1 Filed 03/26/2008 Page 4 of 5
U.S. Citizenship and Immigration Services

I-797C, Notice of Action

**THE UNITED STATES OF AMERICA**

| Receipt with Exception | | | NOTICE DATE |
|---|---|---|---|
| CASE TYPE | | | October 29, 2004 |
| N400 Application For Naturalization | | | INS A# |
| | | | A 075 551 199 |
| APPLICATION NUMBER | RECEIVED DATE | PRIORITY DATE | PAGE |
| LIN*000714986 | October 25, 2004 | October 25, 2004 | 1 of 1 |

APPLICANT NAME AND MAILING ADDRESS

HUSEYIN UYGUN
#2105
833 WEST BUENA AVENUE
CHICAGO IL 60613

PAYMENT INFORMATION:

Single Application Fee: $390.00
Total Amount Received: $390.00
Total Balance Due: $0.00

The above application has been received by our office and is in process, but has been noted with one or more of the following exception(s):

Missing Evidence(s) - your application was missing evidence(s) that you will need to provide at the time of your naturalization interview. You will be notified under separate notice of the necessary evidence(s) that you will be required to bring to your interview. Do not submit any evidence(s) by mail.

Our records indicate your personal information is as follows:
Date of Birth: September 26, 1975
Address Where You Live: 833 WEST BUENA AVENUE # 2105
CHICAGO IL 60613

Please verify your personal information listed above and immediately notify our office at the address or phone number listed below if there are any changes.

You will be notified of the date and place of your interview when you have been scheduled by the local INS office. You should expect to be notified within 540 days of this notice.

IMPORTANT NOTICE: All naturalization applicants who were between the ages of 14-75 at the time of filing must have their fingerprints taken at an approved fingerprint location (and submitted to the Federal Bureau of Investigation) for a criminal history check. If we received your application without a fingerprint card (FD-258), or your fingerprint card was received on or after December 3, 1997, you will need to go to an ASC to be fingerprinted. Do not have your fingerprints taken anywhere else. You will receive a notice that will provide you with information about when and where to go to have your fingerprints taken, and what you will need to bring with you. Please inform the office listed below immediately of any address changes.

If you have any questions or comments regarding this notice or the status of your case, please contact our office at the below address or customer service number. You will be notified separately about any other cases you may have filed.

If you have other questions about possible immigration benefits and services, filing information, or INS forms, please call the INS National Customer Service Center (NCSC) at 1-800-375-5283. If you are hearing impaired, please call the NCSC TDD at 1-800-767-1833.

If you have access to the Internet, you can also visit INS at www.ins.usdoj.gov. Here you can find valuable information about forms and filing instructions, and about general immigration services and benefits. At present, this site does not provide case status information.

INS Office Address:
US IMMIGRATION AND NATURALIZATION SERVICE
PO BOX 87400
LINCOLN NE 68501-

INS Customer Service Number:
(800) 375-5283

APPLICANT COPY

LIN5000668945

Form I-797C (Rev. 09/01/04) N

**Department of Homeland Security**
U.S. Citizenship and Immigration Services

**N-652, Naturalization Interview Results**

A#: __75 55 1 99__

On __02/23/2005__, you were interviewed by USCIS officer __Stathos__

- [x] You passed the tests of English and U.S. history and government.

- [ ] You passed the tests of U.S. history and government and the English language requirement was waived.

- [ ] USCIS has accepted your request for a Disability Exception. You are exempted from the requirement to demonstrate English language ability and/or a knowledge of U.S. history and government.

- [ ] You will be given another opportunity to be tested on your ability to _____ speak/ _____ read/ _____ write _____ English.

- [ ] You will be given another opportunity to be tested on your knowledge of U.S. history and government.

- [ ] Please follow the intructions on Form N-14.

- [x] USCIS will send you a written decision about your application.

- [ ] You did not pass the second and final test of your _____ English ability/ _____ knowledge of U.S. history and government. You will not be rescheduled for another interview for this Form N-400. USCIS will send you a written decision about your application.

A) _____ Congratulations! Your application has been recommended for approval. At this time it appears that you have established your eligibility for naturalization. If final approval is granted, you will be notified when and where to report for the Oath Ceremony.

B) __X__ A decision cannot yet be made about your application.

It is very important that you:

- [x] Notify USCIS if you change your address
- [x] Come to any scheduled interview.
- [x] Submit all requested documents.
- [x] Send any questions about this application in writing to the officer named above. Include your full name, Alien Registration Number (A#), and a copy of this paper.
- [x] Go to any Oath Ceremony that you are scheduled to attend.
- [x] Notify USCIS as soon as possible in writing if you cannot come to any scheduled interview or Oath Ceremony. Include a copy of this paper and a copy of the scheduling notice.

NOTE: Please be advised that under section 336 of the Immigration and Nationality Act, you have the right to request a hearing before an immigration officer if your application is denied, or before the U.S. district court if USCIS had not made a determination on your application within 120 days of the date of your examination

Form N-652 (Rev. 01/14/05)N