MHN

KC FILED
3-26-2008
MAR 26 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**APPEARANCE FORM FOR PRO SE LITIGANTS
DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**

Information entered on this form is required for any person filing a case in this court as a pro se party (that is, without an attorney).

NAME: HUSEYIN UYGUN
(Please print)

STREET ADDRESS: 904 W Gunnison St #2B

CITY/STATE/ZIP: Chicago - IL - 60640

PHONE NUMBER: 773 255 9871

CASE NUMBER: 08CV1762
JUDGE HOLDERMAN
MAGISTRATE JUDGE COX

Signature: [signed]
Date: 3/21/08